[No. 9261-1-II.  Division Two.  May 28, 1987.]

KIMBERLEY A. MERRITT, *Appellant,* v. ROBERT M. MERRITT, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84-2-03666-0, James P. Healy, J., entered March 1, 1985. *Affirmed* by unpublished opinion per Wil-

liams, J. Pro Tem., concurred in by Pearson and Utter, JJ. Pro Tem.